JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CESAR HERNANDEZ ORTIZ,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 5:26-cv-01766-AB-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is dismissed without prejudice, with no further proceedings, consistent with the reasons and findings set forth in the June 23, 2026 Report and Recommendation of United States Magistrate Judge. (Dkt. 24.)

DATED: July 22, 2026

HON. ANDRÉ BIROTTE JR.
United States District Judge